**Leah C. Lively**, OSB No. 96241
livelyl@lanepowell.com
**Eric D. Wilson**, OSB No. 04455
wilsone@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

**D. Michael Reilly**, Admitted *Pro Hac Vice*
reillym@lanepowell.com
**LANE POWELL PC**
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendant Home Depot U.S.A., Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **LISA MARIE EDWARDS**, an individual, | No. 06-CV-1222-HU |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT OF DISMISSAL** |
| **HOME DEPOT U.S.A., INC.**, a Delaware corporation, | Pursuant to Fed. R. Civ. P. 41(a)(2) |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), the parties, through their undersigned counsel, stipulate to the dismissal of this action with prejudice and without costs to any party.

PAGE 1 -   STIPULATED JUDGMENT OF DISMISSAL

IT IS SO STIPULATED:

DATED: October 26, 2007

            LANE POWELL PC

            By _____
            Leah C. Lively, OSB No. 96241
            Eric D. Wilson, OSB No. 04455
            D. Michael Reilly, WSBA No. 14674
              Admitted *Pro Hac Vice*
            Telephone: 503.778.2100
            Attorneys for Defendant Home Depot U.S.A., Inc.

DATED: October 26, 2007

            ROGER A. HENNAGIN, P.C.

            By _____
            Roger A. Hennagin, OSB No. 73134
            Telephone: 503.636.0400
            Attorney for Plaintiff Lisa Maria Edwards

---

## ORDER

Based on the foregoing stipulation, it is hereby

ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed with prejudice and without costs to any party.

DATED: October 29, 2007

            _____
            The Honorable Dennis J. Hubel

PAGE 2 -   STIPULATED JUDGMENT OF DISMISSAL